## FRAUDULENT REPRESENTATION.

ADDINGTON *v.* ALLEN, 11 Wend. 374.

In S. Ct. 7 id. 9.

*Fraudulent Representation ; Amending Declaration after Verdict.*

THE judgment of the Supreme Court in this case, though in form *reversed*, was substantially affirmed. The action was *case* for a false representation as to the credit of a third party and the declaration contained several counts, some of which were defective. A general verdict having been taken for the plaintiff, the defendant moved in arrest of judgment for the insufficiency of the declaration in several counts; which motion the Supreme Court denied.

The Court of Errors *reversed* the judgment for a defect in one of the counts holding that "in a declaration in an action on the case for a fraudulent representation by means of which goods are sold on credit, and loss ensues, it must be averred that the representation was made with *the intent to deceive and defraud*, and that such averment having been omitted, the defect is not even cured by verdict." But the court, a majority holding the 3d count of the declaration sufficient after verdict, the record was ordered, on reversing the judgment " to be remitted to the Supreme Court, with liberty to the plaintiff to apply to amend the *postea* either by the notes of the circuit judge, or by the evidence set forth in the bill of exceptions so as to apply the verdict to the third count and to render judgment thereon ; or in case the court should refuse such leave, then that a new trial be awarded by that court on the application of the plaintiff below, and that he be at liberty to apply to amend his declaration before the awarding of a *venire de novo.* 11 Wend. 421.